NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOUGLAS P. WILSON, RECEIVER FOR MARYLAND ENTERPRISE, L.L.C.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5009

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-301, Judge Susan G. Braden.

---

**ON MOTION**

---

**O R D E R**

The United States moves without opposition to dismiss this appeal and for expedited consideration of the motion. Douglas P. Wilson, acting as a court-appointed receiver to protect and preserve certain real property of Maryland Enterprise, L.L.C. moves without opposition to be substituted for the appellant.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Wilson's motion is granted. The revised official caption is reflected above.

(2) The United States' unopposed motion to dismiss this appeal is granted.

(3) Each side shall bear its own costs.

FOR THE COURT

FEB 0 9 2011                           /s/ Jan Horbaly
Date                                   Jan Horbaly
                                       Clerk


cc: Robert C. MacKichan, Jr., Esq.
    Matthew H. Solomson, Esq.
    Thomas G. Southard, Esq.

s19

ISSUED AS A MANDATE:   FEB 0 9 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 9 2011

JAN HORBALY
CLERK